MICHAEL A. COX, ESQ.
Oregon State Bar ID Number 93507
Law Office of Michael A. Cox
7420 S.W. Bridgeport Road, Ste. 101
Tigard, OR 97224
Telephone: (503) 443-2100
Facsimile: (503) 328-7996
Email: mcox@mcoxlegal.com

WAYNE D. LONSTEIN, ESQ.
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C.
80 North Main Street, P.O. Box 351
Ellenville, New York 12428
Tel: (845) 647-8500
Fax: (845) 647-6277
Email: Legal@signallaw.com

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| DIRECTV, LLC, a California limited liability company,<br><br>**Plaintiff**<br>v.<br><br>**KIMANH HOANG and LONG TRUONG**, Individually and d/b/a BLUEFIN SUSHI BAR & FINE JAPANESE RESTAURANT, a/k/a BLUEFIN SUSHI BAR,<br><br>**Defendants.** | Civil Action No. 3:13-cv-00712-BR<br><br>**DEFAULT JUDGMENT** |

The Summons and Complaint in this action having been duly served on May 30, 2013 and June 10, 2013, upon the Defendants, KIMANH HOANG and LONG TRUONG,

1                                                                            Judm.

Individually, and d/b/a BLUEFIN SUSHI BAR & FINA JAPANESE RESTAURANT, a/k/a BLUEFIN SUSHI BAR, as set forth in the proofs of service filed on June 17, 2013, ECF Document numbers 7 and 8, and said Defendants having failed to plead or otherwise appear in this action,

**NOW**, on motion of WAYNE D. LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby:

**ORDERED AND ADJUDGED that DIRECTV, INC., does recover of KIMANH HOANG, Individually, and d/b/a BLUEFIN SUSHI BAR & FINE JAPANESE RESTAURANT, a/k/a BLUEFIN SUSHI BAR,** as follows:

1) Pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), an amount of ONE THOUSAND DOLLARS ($1,000.00); and

2) Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), in the discretion of the Court, attorney's fees of ONE THOUSAND NINE HUNDRED TWENTY FIVE DOLLARS AND NO CENTS ($ 1,925.00); and

3) Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), in the discretion of the Court, costs in the amount of SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS ($750.00);

and it is further,

**ORDERED AND ADJUDGED that DIRECTV, INC., does recover of LONG TRUONG, Individually, and d/b/a BLUEFIN SUSHI BAR & FINE JAPANESE RESTAURANT, a/k/a BLUEFIN SUSHI BAR,** as follows:

1) Pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), an amount of ONE THOUSAND DOLLARS ($1,000.00); and

2) Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), in the discretion of the Court, attorney's fees of ONE THOUSAND NINE HUNDRED TWENTY FIVE DOLLARS AND NO CENTS ($ 1,925.00); and

3) Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), in the discretion of the Court, costs in the amount of SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS ($750.00);

and it is further,

**ORDERED AND ADJUDGED** that Counts II and III of the Plaintiff's Complaint are dismissed;

and it is further

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice requires the issuance of judgment as requested without further delay.

Dated: Nov. 20, 2013

_____
HON. ANNA J. BROWN
United States District Judge

SUBMITTED BY:

By: /s/ Wayne D. Lonstein
WAYNE D. LONSTEIN, ESQ.
LONSTEIN LAW OFFICE, P.C.
Tel: (845) 647-8500
Attorney for Plaintiff, DIRECTV, LLC

By: /s/ Michael A. Cox
MICHAEL A. COX, ESQ.
Law Office of Michael A. Cox
Oregon State Bar ID Number 93507
Telephone: (503) 443-2100

Judm.